

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00481-CV

SYLVIA ROGER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEAN LOUIS ROGER, SR., ET AL.
v.
BENJAMIN KARL MUMME, JR. AND CAMERON INTERNATIONAL CORPORATION

On Appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 2012-DCV-1731-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART and REVERSED and RENDERED IN PART. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged against the party incurring same. *See* TEX. R. APP. P. 42.1(d); *see also id.* R. 43.4.

We further order this decision certified below for observance.

May 19, 2016